IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CULLARS FAMILY TIMBER FARM, LLLP; PRATER FAMILY PARTNERSHIP III, LLLP, and All Other Entities and Persons Similarly Situated, | * * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 116-188 |
| WEYERHAEUSER COMPANY, | * * | |
| Defendant. | * | |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 48.) The stipulation is signed by all parties remaining in the case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiffs' claims asserted in this matter and Defendant's counterclaims are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** the case. Each party shall bear its own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA